# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| RIVER FRONT SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CAPELLA SPACE CORP.,<br><br>Defendant. | Case No. 18-cv-00547-BLF<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE**<br><br>[Re: ECF 29] |

Based on the stipulation of the Parties, ECF 29, the Court hereby orders and decrees that the case is DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees, costs, and expenses incurred. The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: August 16, 2018

_____
BETH LABSON FREEMAN
United States District Judge